No. 61. Ex parte Sucesión Amill, Peticionaria.—Petición para que se cancele la fianza notarial hipotecaria otorgada por Antonio Amill Oramas en marzo 15, 1902. Resuelto en septiembre 4, 1913, por medio de resolución del Sr. Presidente sin la intervención de los demás jueces, de acuerdo con la ley. Denegada la cancelación. La parte peticionaria compareció en nombre propio.

---

No. 47. Ex parte Benito Zalduondo, Peticionario.—
No. 48. Ex parte Reinaldo Paniagua, Peticionario.—
Solicitudes de *habeas corpus* presentadas al Juez Asociado Sr. Aldrey. Resueltas en septiembre 6, 1913, por medio de opinión emitida por el Juez Asociado de turno Sr. Aldrey. Se decreta la excarcelación de los peticionarios por falta de jurisdicción en el juez de paz para conocer del delito imputado a los peticionarios. Abogados de los peticionarios: *Sres. Alvarez Nava* y *Domínguez* y *Jacinto Texidor*. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 189. Ex parte Miguel Guerra, Notario Público.—
Aviso de la National Surety Company para que se dé por terminada la fianza notarial No. 465 otorgada por dicha compañía en abril 24, 1910. Resuelto en septiembre 16, 1913, por medio de resolución del Sr. Presidente sin la intervención de los demás jueces, de acuerdo con la ley. Se da por terminada dicha fianza para tener efecto en noviembre 15, 1913.